UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

Plaintiff,

v.

FACCHINI FAMILY PROPERTIES, LLC, a California Limited Liability Company;
EAST BAY WELDING SUPPLY, INC., a California Corporation; and Does 1-10,

Defendants.

**Case: No:** 3:17-CV-02457-RS

**[proposed] ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION DEADLINE**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline for the mediation shall be extended to and including January 31, 2018.
2. All other dates that are calculated based on the mediation date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: 11/16/17

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE